# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LAMONDRE MOORE,<br><br>                Plaintiff,<br><br>v.<br><br>ANGELA THOMPSON, LAN K. HEINSOHN, JANELLE R. GARCIA, AUSTIN J. KORMAN, CINDY J. BARTER, KATIE L. SENNHENN, and WILLIAM J. BORGEN,<br><br>                Defendants. | Case No. 20-CV-1824-JPS<br><br>**ORDER** |

       Plaintiff, a prisoner proceeding pro se, filed a complaint in the above captioned action. ECF No. 1. On August 31, 2022, Plaintiff and Defendant signed and filed a stipulation of dismissal of Plaintiff's claims with prejudice and without costs. ECF No. 24. The Court will adopt the parties' stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii).

       Accordingly,

       **IT IS ORDERED** that the parties' stipulation of dismissal, ECF No. 24, be and the same is hereby **ADOPTED**; and

       **IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs.

Dated at Milwaukee, Wisconsin, this 6th day of September, 2022.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge